

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MINH VU HOANG | | Bankruptcy No. 05-21078-TJC |
| THANH HOANG | * | Bankruptcy No. 05-25738-TJC |
| Debtors | | (Chapter 7) |
| | * | |
| | | Jointly Administered Under |
| | * | Bankruptcy No. 05-21078-TJC |

\* \* \*

| | | |
|---|---|---|
| GARY A. ROSEN, TRUSTEE | * | |
| Plaintiff | | |
| | * | |
| vs. | | Adversary No. 08-00485-TJC |
| | * | |
| ROCKY LIMITED LIABIILTY | | |
| COMPANY, *et al* | * | |

\* \* \* \* \*

**ORDER APPROVING TRUSTEE'S PROPOSED COMPROMISE AND SETTLEMENT**

Upon the Trustee's *Motion for Approval of Proposed Compromise and Settlement* (the "*Motion*"), and it appearing to the Court that proper notice of said proposed compromise and settlement has been forwarded to all parties-in-interest in each of the above-referenced cases as required by Bankruptcy Rule 2002, and no objection to said proposed compromise and

settlement having been filed in response thereto, and it appearing that the proposed compromise and settlement is in the best interests of all parties-in-interest in the above-referenced case and therefore should be approved by the Court, it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's proposed compromise and settlement as described in the *Motion* and in that *Notice* filed herein be, and the same hereby is, APPROVED; and it is further

ORDERED, that Gary A. Rosen, Trustee, be, and he hereby is, AUTHORIZED and DIRECTED to take such other and further action as may be necessary or desirable to consummate said compromise and settlement; and it is further

ORDERED, that the above-captioned *Complaint* be, and the same hereby is, DISMISSED as to the Defendants Edith D. Purdie and Charles N. Romaine..

**END OF ORDER**

H:\Documents\2009\2009.11\purdie.order.wpd